**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**BRIAN IRVIN**                                                                                    **PLAINTIFF**

**v.**                                                                    **CIVIL ACTION NO. 1:23-cv-6-JMV**

**COMMISSIONER OF SOCIAL SECURITY**                                          **DEFENDANT**

## ORDER

On October 16, 2023, Defendant filed an unopposed motion for voluntary remand for further administrative action under the fourth sentence of § 205(g) of the Social Security Act, 42 U.S.C. § 405(g). Doc. 25. The plaintiff is not opposed to the requested relief.

IT IS, THEREFORE, **ORDERED** that Defendant's Motion to Remand is **GRANTED** and this matter is **REVERSED** and **REMANDED** for further action by the Commissioner of the Social Security Administration pursuant to the fourth sentence of 42 U.S.C. § 405(g).

SO ORDERED, this the 16th day of October, 2023.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**